# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLORADO

Civil Action No. 08-cv-00862-ZLW

NORMAN E. WIEGAND,

    Applicant,

v.

ARISTEDES ZAVARES, Executive Director, and
THE ATTORNEY GENERAL OF THE STATE OF COLORADO,

    Respondents.



## MINUTE ORDER

ORDER ENTERED BY SENIOR JUDGE ZITA L. WEINSHIENK

On September 2, 2008, Mr. Wiegand submitted to the Court a "Motion to Remove and Replace." In the Motion, he asks the Court to replace Exhibit B to his 28 U.S.C. § 2254 Application. The Court has reviewed the new Exhibit and finds no additional information that would result in a reconsideration of the dismissal entered by the Court on August 22, 2008. Accordingly, the Motion is denied as moot.

Dated: September 29, 2008

A copy of this Minute Order mailed on September 29, 2008, to the following:

Norman E. Wiegand
Prisoner No. 58767
CTCF - 3B1L7
PO Box 1010
Cañon City, CO 81215- 1010

                             Secretary/Deputy Clerk